UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Treon Dwon Vaughn,
Plaintiff,



v.

Judge A. Milasauskas
in official /unofficial capacity,
Circuit Court, Kenosha County,
Defendant(s) et al,

Civil Action No. __25-C-1305__

1. Jurisdiction & Venue

• Federal question jurisdiction under 42 U.S.C. § 1983 for deprivation of rights under the Fourteenth Amendment (due process, ex post facto, equal protection).

• Venue: Eastern District of Wisconsin—Kenosha County resides within this district.

2. Parties

• Plaintiff: individual is compelled to register as a sex offender for about 34 years, contrary to the circuit court record's 15-year term.

• Defendants: named judge above (et al) or judicial entity responsible for the subsequent alteration or enforcement of the longer term.

3. Factual Allegations

• Original circuit court judge Fischer around or about
April 14, 2002 imposed 15-year registration requirement, explicitly reflected on the court record.

• New circuit court judge A. Milasauskas
has forced an extra applied 15 years which applied is about 34-year requirement, exceeding both the original term and statutory guidelines.

• Wisconsin sex offender laws set registration duration at sentencing, and judges lack authority to later modify duration inconsistent with statutory limits.

• Plaintiff's community reentry severely hindered by extension of registration requirement.

4. Legal Background

A. Registration Duration Under Wisconsin Law

• Wis. Stat. § 301.45(5): Standard registration is 15 years after sentence or discharge; lifetime registration only for serious offenses or repeat offenders.

• Wis. Stat. § 301.45(5m): Provides exceptions for certain cases—generally limiting or defining registration duration—but no allowance for judicially extending beyond statutory terms.

B. Discretion and Limitations on Judicial Authority

• Judges cannot retroactively increase registration duration beyond statutory bounds. Doing so may run afoul of the Ex Post Facto Clause and due process protections.

• State v. Cesar G. (juvenile context) confirms that specific statutes like § 301.45 set binding registration terms and judicial stays or changes are limited accordingly.

C. Constitutional Claims

• Due Process Clause: Plaintiff had presumptive right to rely on the court record and statutory framework; arbitrary extension without legislative authority violates fundamental fairness.

- Ex Post Facto Clause: Extending registration beyond what was imposed at sentencing increases punishment post-fact, which is constitutionally forbidden.

- Equal Protection Clause: If similar offenders continue under 15-year terms, but plaintiff is singled out for a longer term without cause, that may violate equal protection.

5. Claims for Relief

1. Violation of Due Process – Deprivation of a valid expectation under the law and original sentence.

2. Violation of Ex Post Facto Clause – Retroactive increase in registration duration imposed unlawfully.

3. Violation of Equal Protection – Disparate treatment without a rational basis.

4. Violation of Wisconsin Statutes – Acting outside the statutory limits of Wis. Stat. § 301.45 and related provisions.

## 6. Prayer for Relief

• Declaratory judgment that the 34-year requirement is invalid and void.

• Injunction preventing enforcement of the extended term, limiting Plaintiff to the 15-year term as originally ordered.

• Expungement of registration records if possible.

• Damages (if applicable), costs, and attorneys' fees under 42 U.S.C. § 1988—or any appropriate equitable relief.

*Treon Dwon Vaugh*
*August 25, 2025*

Wisconsin Statutory Refers to Include

• § 301.45(5) – Defaults to 15 years unless exceptions apply; lifetime limited to serious or repeat offenses.

- § 301.45(5m) – Defines alternative thresholds; still sets maximum limits—not allowing longer terms arbitrarily.

- § 301.45(6) – Penalties for noncompliance—illustrate seriousness of overbroad enforcement.

- Case law – State v. Cesar G. confirms courts must follow statutory terms and cannot overreach via stays or extensions.